United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-4234

| | |
|---|---|
| Josette C. Teaff, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| Arlington Hotel; Cathy Armstrong; | *    [UNPUBLISHED] |
| Michele Boatwright, | * |
| | * |
| Appellees. | * |

_____

Submitted:  December 30, 1997
Filed:   January 7, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Josette C. Teaff appeals the district court's[1] grant of summary judgment to one defendant and the dismissal of two others in her action brought under Title VII, 42 U.S.C. §§ 2000e - 2000e-17.  After a careful review of the record and the parties' submissions on appeal, we conclude the district court was correct and an extended discussion is unnecessary.  Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.